UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISAAC S. MEDINA, individually
and on behalf of all others
similarly situated,

        NO. CIV. S-11-2809 LKK/KJN

    Plaintiffs,

  v.                            O R D E R

PERFORMANCE AUTOMOTIVE GROUP,
INC., a California Corporation,
dba ELK GROVE FORD; PATELCO
CREDIT UNION, a California
Corporation; CHRYSLER GROUP,
LLC; and DOES 1 through 10,
inclusive,

    Defendants.
_____/

    Pending before the court in the above captioned case is Defendants' motion to compel arbitration and motion to strike class action claims, ECF No. 8, as well as Plaintiff's motion to remand, ECF No. 15. The motions are currently set to be heard on December 19, 2011 at 10:00 A.M. Due to a court scheduling conflict, the

////

////

1 court CONTINUES the hearing to January 17, 2012 at 10:00 A.M.
2       IT IS SO ORDERED.
3       DATED: December 15, 2011.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```